**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Sammy CHAVIS, Defendant—
Appellant.**

**No. 04–7543.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 13, 2005.

Decided Jan. 20, 2005.

Sammy Chavis, Appellant pro se. Kristopher Todd Hagins, Office of the United States Attorney, Florence, South Carolina, for Appellee.

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Sammy Chavis appeals the district court's order denying his motion to compel the Government to move for a downward departure. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Chavis,* No. CR–95–33 (D.S.C. Mar. 9, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*